**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 03-7606**

———————————

UNITED STATES OF AMERICA,

Petitioner - Appellee,

versus

PAUL NAGY,

Respondent - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   W. Earl Britt, Senior District Judge.  (CA-98-951-5-BR)

———————————

Submitted:  March 15, 2004          Decided:  July 22, 2004

———————————

Before WILKINSON, SHEDD, and DUNCAN, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

George Alan DuBois, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Raleigh, North Carolina, for Appellant.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Michael David Bredenberg, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Paul Nagy appeals the district court's order denying Nagy's motion for recusal of the district judge pursuant to 28 U.S.C. § 455 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Nagy, No. CA-98-951-5-BR (E.D.N.C. Aug. 12, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED